UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ROQUE DE JESUS TORRES, JORGE AMADEO, ALFONSO BATISTA, and YOLANDA DIAZ, on behalf of themselves and all others similarly situated,

                      Plaintiffs,

                -against-

HWF REALTY MANAGEMENT, INC., 2710 MORRIS AVENUE CO., LLC, FEIN PROPERTY MANAGEMENT CORP., STAR REALTY CO., LLC, HYMAN W. FEIN, and VICTOR FEIN,

                      Defendants.

-------------------------------------------------------------------X

Docket No. 18 Civ. 0994 (PAC)

**NOTICE OF ACCEPTANCE
OF OFFER OF JUDGMENT**

On August 27, 2019, Defendants HWF REALTY MANAGEMENT, INC., 2710 MORRIS AVENUE CO., LLC, FEIN PROPERTY MANAGEMENT CORP., LLC, HYMAN W. FEIN, and VICTOR FEIN (collectively, "Defendants"), served on Plaintiffs an Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure. (Annexed hereto as **Exhibit A**). Now, within fourteen (14) days of service of said offer, Plaintiffs hereby serve notice of their **acceptance** of said offer of judgment and the terms set forth therein. In accordance with Rule 68(a) and Rule 54(b) of the Federal Rules of Civil Procedure, Plaintiffs Roque De Jesus Torres, Jorge Amadeo, Alfonso Batista, and Yolanda Diaz (collectively, "Plaintiffs"), respectfully request the Clerk to enter judgment in favor of Plaintiffs in accordance with the terms set forth in Defendants' Offer of Judgment.

Dated:   New York, New York
           August 28, 2019

Respectfully submitted,

**JOSEPH & NORINSBERG, LLC**

By: _____

Chaya M. Gourarie, Esq.
225 Broadway, Suite 2700
New York, New York 10007
Tel: (212) 227-5700
Fax: (212) 406-6890
*Attorneys for Plaintiffs*

TO:  Donna C. Sobel, Esq.
Savad Churgin, LLP
55 Old Turnpike Road, Suite 209
Nanuet, New York 10954
Phone: (845) 624-3820
Fax: (845) 624-3821
*Attorneys for Defendnats*

2