UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ROQUE DE JESUS TORRES, JORGE AMADEO,
ALFONSO BATISTA, and YOLANDA DIAZ, on behalf
of themselves and all others similarly situated,

               Docket No. 18 Civ. 0994 (PAC)

               Plaintiffs,

         -against-               **RULE 68**
                                      **OFFER OF JUDGMENT**

HWF REALTY MANAGEMENT, INC., 2710 MORRIS
AVENUE CO., LLC, FEIN PROPERTY
MANAGEMENT CORP., STAR REALTY CO., LLC,
HYMAN W. FEIN, and VICTOR FEIN,

               Defendants.

------------------------------------------------------------------------X

      Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants HWF REALTY MANAGEMENT, INC., 2710 MORRIS AVENUE CO., LLC, FEIN PROPERTY MANAGEMENT CORP., HYMAN W. FEIN, and VICTOR FEIN (collectively, "Defendants"), by and through undersigned counsel, hereby serve, but do not file, this Offer of Judgment as follows:

      1.     Defendants offer to allow judgment to be taken in the amount of $48,559.98, inclusive of interest and liquidated damages, as of the date of acceptance;

      2.     This offer is exclusive of costs and reasonable attorneys' fees, which shall be negotiated and resolved by the parties, or determined by the Court, if necessary;

      3.     This judgment shall be in full satisfaction and in complete relief of all federal and state law claims or rights that all Plaintiffs may have in this Action;

      4.     This judgment shall be entered by the District Court Clerk, for the United States District Court, Southern District of New York.

Date:   New York, New York
        August 27, 2019

                                                  Respectfully submitted,

BY: _____
      Donna C. Sobel, Esq.
      Savad Churgin, LLP
      55 Old Turnpike Road, Suite 209
      Nanuet, New York, 10954
      Phone: (845) 624-3820
      Fax: (845) 624-3821
      *Attorneys for Defendants*

TO:

Chaya Gourarie, Esq.
Joseph & Norinsberg, LLC
225 Broadway Suite 2700
New York, N.Y. 10007
Tel: (212) 227-5700
Fax: (212) 656-1889
*Attrones for Plaintiffs*