UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
ROQUE DE JESUS TORRES, JORGE AMADEO, ALFONSO BATISTA, and YOLANDA DIAZ, on behalf of themselves and all others similarly situated,

                   Plaintiffs,

           -against-

HWF REALTY MANAGEMENT, INC., 2710 MORRIS AVENUE CO., LLC, FEIN PROPERTY MANAGEMENT CORP., STAR REALTY CO., LLC, HYMAN W. FEIN, and VICTOR FEIN,

                   Defendants.

-----------------------------------------------------------------------X

Docket No. 18 Civ. 0994 (PAC)

**JUDGMENT PURSUANT TO RULE 68**

**IT IS HEREBY ORDERED, ADJUDICATED AND DECREED THAT:**

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, and the Plaintiffs' acceptance on August 28, 2019 of the Defendants' Offer of Judgment, by executing and filing the Offer of Judgment with the Court at Docket No. 54, Plaintiffs will take judgement against all the above-captioned Defendants, according to the terms of the Offer of Judgment, appended as Exhibit A to this judgment, with are fully and completely incorporated herein.

Dated: New York, New York
       August 28, 2019

                                            _____
                                            HON. PAUL A. CROTTY, U.S.D.J.