DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/2/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

ROQUE DE JESUS TORRES, JORGE AMADEO, ALFONSO BATISTA, and YOLANDA DIAZ, on behalf of themselves and all others similarly situated,

                    Plaintiffs,

-against-

HWF REALTY MANAGEMENT, INC., 2710 MORRIS AVENUE CO., LLC, FEIN PROPERTY MANAGEMENT CORP., STAR REALTY CO., LLC, HYMAN W. FEIN, and VICTOR FEIN,

                    Defendants.

------------------------------------------------------------X

Docket No. 18 Civ. 0994 (PAC)

**JUDGMENT PURSUANT TO RULE 68**

**IT IS HEREBY ORDERED, ADJUDICATED AND DECREED THAT:**

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, and the Plaintiffs' acceptance on August 28, 2019 of the Defendants' Offer of Judgment, by executing and filing the Offer of Judgment with the Court at Docket No. 54, Plaintiffs will take judgement against all the above-captioned Defendants, according to the terms of the Offer of Judgment, appended as Exhibit A to this judgment, with are fully and completely incorporated herein.

Dated: New York, New York
         August 28, 2019

                            RUBY J KRAJICK
                            CLERK OF COURT

BY _____
                            Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 3/2/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ROQUE DE JESUS TORRES, JORGE AMADEO,
ALFONSO BATISTA, and YOLANDA DIAZ, on behalf
of themselves and all others similarly situated,

                          Docket No. 18 Civ. 0994 (PAC)

                     Plaintiffs,

                    -against-                        **RULE 68**
                                                        **OFFER OF JUDGMENT**

HWF REALTY MANAGEMENT, INC., 2710 MORRIS
AVENUE CO., LLC, FEIN PROPERTY
MANAGEMENT CORP., STAR REALTY CO., LLC,
HYMAN W. FEIN, and VICTOR FEIN,

                     Defendants.

------------------------------------------------------------------X

      Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants HWF REALTY MANAGEMENT, INC., 2710 MORRIS AVENUE CO., LLC, FEIN PROPERTY MANAGEMENT CORP., HYMAN W. FEIN, and VICTOR FEIN (collectively, "Defendants"), by and through undersigned counsel, hereby serve, but do not file, this Offer of Judgment as follows:

      1.    Defendants offer to allow judgment to be taken in the amount of $48,559.98, inclusive of interest and liquidated damages, as of the date of acceptance;

      2.    This offer is exclusive of costs and reasonable attorneys' fees, which shall be negotiated and resolved by the parties, or determined by the Court, if necessary;

      3.    This judgment shall be in full satisfaction and in complete relief of all federal and state law claims or rights that all Plaintiffs may have in this Action;

      4.    This judgment shall be entered by the District Court Clerk, for the United States District Court, Southern District of New York.

Date: New York, New York
August 27, 2019

Respectfully submitted,

BY: *[signature]*
Donna C. Sobel, Esq.
Savad Churgin, LLP
55 Old Turnpike Road, Suite 209
Nanuet, New York, 10954
Phone: (845) 624-3820
Fax: (845) 624-3821
*Attorneys for Defendants*

TO:

Chaya Gourarie, Esq.
Joseph & Norinsberg, LLC
225 Broadway Suite 2700
New York, N.Y. 10007
Tel: (212) 227-5700
Fax: (212) 656-1889
*Attrones for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
ROQUE DE JESUS TORRES, JORGE AMADEO,
ALFONSO BATISTA, and YOLANDA DIAZ, on behalf
of themselves and all others similarly situated,

    Docket No. 18 Civ. 0994 (PAC)

                     Plaintiffs,

             -against-                  **NOTICE OF ACCEPTANCE**
                                                      **OF OFFER OF JUDGMENT**

HWF REALTY MANAGEMENT, INC., 2710 MORRIS
AVENUE CO., LLC, FEIN PROPERTY
MANAGEMENT CORP., STAR REALTY CO., LLC,
HYMAN W. FEIN, and VICTOR FEIN,

                       Defendants.
-------------------------------------------------------------------------X

On August 27, 2019, Defendants HWF REALTY MANAGEMENT, INC., 2710 MORRIS AVENUE CO., LLC, FEIN PROPERTY MANAGEMENT CORP., LLC, HYMAN W. FEIN, and VICTOR FEIN (collectively, "Defendants"), served on Plaintiffs an Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure. (Annexed hereto as **Exhibit A**). Now, within fourteen (14) days of service of said offer, Plaintiffs hereby serve notice of their **acceptance** of said offer of judgment and the terms set forth therein. In accordance with Rule 68(a) and Rule 54(b) of the Federal Rules of Civil Procedure, Plaintiffs Roque De Jesus Torres, Jorge Amadeo, Alfonso Batista, and Yolanda Diaz (collectively, "Plaintiffs"), respectfully request the Clerk to enter judgment in favor of Plaintiffs in accordance with the terms set forth in Defendants' Offer of Judgment.

Dated:   New York, New York
            August 28, 2019

Respectfully submitted,

**JOSEPH & NORINSBERG, LLC**

By: _____
Chaya M. Gouraite, Esq.
225 Broadway, Suite 2700
New York, New York 10007
Tel: (212) 227-5700
Fax: (212) 406-6890
*Attorneys for Plaintiffs*

TO: Donna C. Sobel, Esq.
     Savad Churgin, LLP
     55 Old Turnpike Road, Suite 209
     Nanuet, New York 10954
     Phone: (845) 624-3820
     Fax: (845) 624-3821
     *Attorneys for Defendnats*